

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 4, 2025

<u>*VIA E-Filing*</u>
United States District Judge Keith P. Ellison
515 Rusk Avenue
Houston, Texas 77002
713-250-5806
cc: all counsel of record

**RE:** **Civil Action 4:24-cv-00150**; *Karen Fukawa v. The University of Texas MD Anderson Cancer Center;* **In the United States District Court for the Southern District of Texas, Houston Division**

Dear Judge Ellison:

Please be advised that I will be on parental leave for approximately 12 weeks beginning March 3, 2025. During this time period, I respectfully request that no hearings, conferences, or other court appearances, or deadlines be scheduled. I would also request that no discovery take place during this time period.

Should you need to contact me during this time, please feel free to contact my legal assistant, Shanda Green, at lashanda.green@oag.texas.gov or (512) 936-1875. Thank you for your attention and assistance in this matter.

Very truly yours,

<u>/s/ *Marlayna M. Ellis*</u>
MARLAYNA M. ELLIS
Assistant Attorney General
General Litigation Division

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax
marlayna.ellis@oag.texas.gov
Counsel for Defendant