**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KAREN FUKAWA,<br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS MD<br>ANDERSON CANCER CENTER,<br>    Defendant. | Civil Action No. 4:24-cv-00150<br><br>Judge Keith P. Ellison |

**PLAINTIFF'S NOTICE OF NONSUIT WITH PREJUDICE**

Plaintiff Karen Fukawa, pursuant to Federal Rule of Civil Procedure 41(a), hereby gives notice that the parties have reached a settlement of all claims and issues in this action, and accordingly, that (i) all claims asserted by Plaintiff against Defendant The University of Texas MD Anderson Cancer Center in this action are hereby nonsuited and should be dismissed with prejudice, and (ii) that each party shall bear her or its own taxable costs, expenses, and attorney's fees. A proposed order has been submitted with this notice.

Dated: May 8, 2026

Respectfully Submitted,

 /s/ *Adam Locke*

**LOCKELAW PLLC**
Adam Locke
*Attorney-in-Charge*
Texas State Bar No. 24083184
S.D. Texas Bar No. 2149101
2617 Bissonnet Street, Suite 503
Houston, Texas 77005
Telephone: (713) 832-0242
Facsimile: (713) 565-4709
adam@lockelaw.com

**FOSTER YARBOROUGH PLLC**

1

Patrick Yarborough
Texas State Bar No. 24084129
S.D. Texas Bar No. 2451377
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
patrick@fosteryarborough.com

***Counsel for Karen Fukawa***

2

3

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

By:   /s/ *Adam Locke*
Adam Locke