**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KAREN FUKAWA,<br>　　Plaintiff, | Civil Action No. 4:24-cv-00150 |
| v. | Judge Keith P. Ellison |
| THE UNIVERSITY OF TEXAS MD<br>ANDERSON CANCER CENTER,<br>　　Defendant. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has considered Plaintiff Karen Fukawa's Notice of Nonsuit With Prejudice, and the Notice is GRANTED.

It is ORDERED that all claims in this action are DISMISSED WITH PREJUDICE to the refiling of the same or any part thereof.

It is further ORDERED that each party shall bear her or its own taxable costs, expenses, and attorney's fees.

SIGNED this _____ day of _____, 2026.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE